# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERESA FELDSHER,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for Farmers Group, Inc.'s Group Disability Income Policy,

    Defendant.

Case No. 2:13-cv-00533-LDG-GWF

**FINAL JUDGMENT ON THE PLEADINGS AND ADMINISTRATIVE RECORD**

THE COURT **ORDERS** that the Plaintiff, Teresa Feldsher, recover nothing, the action be dismissed on the merits, and the defendant, Liberty Life Assurance Co. of Boston, recover costs from the Plaintiff.

DATED this ___ day of July, 2014.

_____
Lloyd D. George
United States District Judge